## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| KRISTOFFER CHARLES CARLIN, | CV 26-25-GF-WWM |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO STAY |
| JESSE SLAUGHTER, ET AL., | |
| Defendants. | |

Plaintiff Kristoffer Charles Carlin ("Mr. Carlin") has moved to stay proceedings in this matter, since he has not yet been able to obtain his financial statement, as required by 28 U.S.C. § 1915(a)(2) and repeated Orders of the Court. (Doc. 7). However, without payment of the fee or an order allowing Mr. Carlin to proceed in forma pauperis, Mr. Carlin's Complaint has not yet been filed. Thus, there are no proceedings to stay. The case will be closed, without prejudice to Mr. Carlin filing a Complaint in the future, when he is able to pay the filing fee or file an adequate motion to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED:**

1.    Mr. Carlin's Motion to Stay Proceedings is **DENIED**. (Doc. 7).

2.    The Clerk of Court is directed to close the case.

3.    The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of June, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE